UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SANDRA V CALDRELLO                                              3:24-CV-00268

V

WELLS FARGO BANK, N.A.                                          MAY 30, 2024

### PLAINTIFFS OBJECTION TO K & L GATES MOTIONS TO DISMISS

The Plaintiff Sandra Caldrello hereby files an objection to K & L Gates motion to dismiss. K & L Gates, entered the foreclosure case on August 25, 2021. The New London Superior Court was limited to hearings during the period of spring 2021 to March 2022 when the mask required during COVID 19 were lifted. Sean Higgins appeared for K & L Gates. Attorney Higgins spoke on the endorsement and that it was secured 'later in the game' Wells Fargo was entitled to enforce the loan by virtue of merger. " The note was not endorsed in blank, Wells Fargo, and the court has affirmed this, had standing to foreclose because of legal merger allowing it to be the party to own the right to foreclose." " I think one could interpret the record to support that finding in a sense that if the complaint was that the party didn't have an endorsed note, here's an endorsed note that should end the issue.

Attorney Higgins knew that the note had been securitized as he was in the Bankruptcy Court when it was verified by Judge Trancredi that all notes are securitized. His testimony verifies that the note was sold and needed an endorsement.

This affirms that the note and mortgage should be dismissed as Wells Fargo is not the real party in interest at the commencement of the foreclosure action.

Respectfully submitted,

*Sandra Caldrello*
Sandra Caldrello
939 Pequot Ave
New London, CT  06320

*Sandra Caldrello*
Sandra Caldrello

## CERTIFICATION

The Plaintiff hereby certifies that a copy of the filing will be sent to counsel of May 30, 2024.

Seyfarth Shaw LLP, Seaport East, Suite 1200, Two Seaport Lane, Boston, MA 02210

Joshua L. Milrad, Goldberg Segalla LLP, 500 Enterprise Dr, Suite 402, Rocky Hill, CT 06067

Sean Higgins, K&L Gates, One Congress St, Suite 2900, Boston, MA 02114

*Sandra Caldrello*
Sandra Caldrello

May 30, 2024