UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SANDRA V CALDRELLO　　　　　　　　　　　　　3:24-CV-00268

V

WELLS FARGO BANK, N.A.　　　　　　　　　　　MAY 30, 2024

## PLAINTIFFS OBJECTION TO K & L GATES and MERS, MOTIONS TO DISMISS

The Plaintiff Sandra Caldrello hereby files an objection to MERS, the Mortgage Electronic Registration Systems, Inc. on their motion to dismiss.

MERS is listed on the untitled document of World Savings Bank, FSB which translates into MERS having an interest in the mortgage of the Plaintiff.   EXHBIT A

It is unknown the interest that MERS has in the note of the Plaintiff, therefore discovery is required to obtain that information.

Therefore, the Plaintiff requests the Court to order discovery for information withheld .

Respectfully submitted,

*Sandra Caldrello*
Sandra Caldrello
939 Pequot Ave
New London, CT 06320

```
FOR1 ▓▓▓▓▓        ___       FOR SETUP    A DEA 010/136   02/26/15  08:
S  CALDRELL   LM DELAY START DATE 12/19/11 TYPE CONV. RES.    BIW ARM  M:
939 PEQUOT AVE NEW LONDON CT 06320-2928                                GR
-STAT---------------------------* STATUS *-------------------------------
   STAT    TEMPLATE    PROCESSOR     PROCESS    CLAIM   DIL    F/C START   DISP
    A       C06          DEA            1        __      N      050112
                                                         NAME MERS:  FC _ REI
  DFLT DAMG    WKST PRIN BAL    F/C SALE DT & AMT   VA NBID    REC OPT
   06  __       481,529.48      MMDDYY               0   N        N
                                BID AMT:             0
   STATUS MSG  _____
-----------------------------* ADDITIONAL MESSAGES *-------------------
CRIT DESC = CHECK TITLE FOR LEASEHOLD    -=SPOC=-
PRESS PF14 FOR MEMOS                     HI-TP 1   XFER ID WMSA2015     09/30/
LOANS MOVING TO WFHM 708 MSP TEST!!!!!
-----DESC--------------------* FOR DESCRIPTIONS *------------------------
  F/C STATUS:  ACTIVE         05-01-12    REMOVAL:
  PROCESS TYP: JUDICIAL                   RMVL DATE:
  CLAIM TYPE:                             PROP DISP:
    TEMPLATE:  CONNECTICUT CONV UNINSURE  DEFAULT:   CURTAILMENT OF INCOME
    ATTORNEY:  BENDETT & MCHUGH PC        PROP DAMG:
               (860) 677-2868             F/C SETUP: 06-30-09
  PROP INSP:                              PROCESSOR: DANIEL PERALES
```

EXHIBIT A

# CERTIFICATION

The Plaintiff hereby certifies that a copy of the filing will be sent to counsel of May 30, 2024.

Seyfarth Shaw LLP, Seaport East, Suite 1200, Two Seaport Lane, Boston, MA 02210

Joshua L. Milrad, Goldberg Segalla LLP, 500 Enterprise Dr, Suite 402, Rocky Hill, CT 06067

Sean Higgins, K&L Gates, One Congress St, Suite 2900, Boston, MA 02114

*Sandra Caldrello*
Sandra Caldrello

May 30, 2024